McGREGOR W. SCOTT
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2760

Attorneys for Federal Defendant, PEG BORMAN, in her official capacity as the Forest Supervisor, Klamath National Forest, USDA Forest Service

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT RAFFAELLY AND CHARLES SCHNEPP,<br><br>    Plaintiffs,<br><br>    v.<br><br>SISKIYOU COUNTY BOARD OF SUPERVISORS; PEG BORMAN, SUPERVISOR, IN HER OFFICIAL CAPACITY, KLAMATH NATIONAL FOREST, USDA; SIERRA PACIFIC INDUSTRIES; HANCOCK TIMBER RESOURCE GROUP; HEARST CORP.; FRUIT GROWERS SUPPLY CO.; ROSEBURG FOREST PRODUCTS CO.; TIMBER PRODUCT CO.,<br><br>    Defendants. | CIV. S-06-165 FCD/DAD PS<br><br>**PARTIES' STIPULATION AND ORDER TO CONTINUE HEARING**<br><br>Date:  July 28, 2006<br>Time: 10:00 a.m.<br>Judge: Hon. Dale A. Drozd |

The parties hereby stipulate, subject to the approval of the Court as provided for hereon, that the hearing before Judge Drozd on federal defendant's pending motion, originally set for July 21, 2006, be continued until July 28, 2006, at 10:00 a.m.  The reason is that federal defendant needs more time for communication between the United States Attorney's Office and the USDA Office of General Counsel to make her reply.

Dated: July 12, 2006               /s/ Robert Raffaelly
                                   ROBERT RAFFAELLY
                                   Plaintiff Pro Se

PARTIES' STIPULATION AND ORDER TO CONTINUE HEARING                Page 1

| | |
|---|---|
| Dated:  July 12, 2006 | /s/ Charles Schnepp<br>CHARLES SCHNEPP<br>Plaintiff Pro Se |
| Dated:  July 12, 2006 | McGREGOR W. SCOTT<br>United States Attorney |
| | By:  /s/ Y H T Himel<br>YOSHINORI H. T. HIMEL<br>Assistant U. S. Attorney<br>Attorneys for Federal Defendant |

## ORDER

Good cause having been shown, the hearing on federal defendant's pending motion is RESET from July 21, 2006, to July 28, 2006, at 10:00 a.m.

It is SO ORDERED.

DATED: July 14, 2006.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.prose/raffaelly0165.stipord