IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT RAFFAELLY and
CHARLES SCHNEPP,

        Plaintiffs,                No. CIV S-06-0165 FCD DAD PS

    vs.

SISKIYOU COUNTY BOARD OF
SUPERVISORS, et al.,

        Defendants.             ORDER
_____/

        Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On July 12, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within ten days. Plaintiffs have filed objections to the findings and recommendations and defendants have filed a reply.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 12, 2006, are adopted in full;

2. Moving defendants' motions to dismiss are granted;

3. Plaintiff Raffaelly's federal claims alleged under 42 U.S.C. §§ 1983 and 1985 are dismissed as barred by res judicata as to defendants County of Siskiyou; Sierra Pacific Industries; Fruit Growers Supply Company; The Hearst Corporation; Roseburg Forest Products Co.; Timber Products Company; and Hancock Timber Resource Group;

4. Plaintiff Schnepp's federal claims are dismissed as to the same defendants for failure to state a claim upon which relief can be granted; and

5. Plaintiffs' state law claims as to those defendants are dismissed without prejudice.

DATED: August 2, 2006

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge