IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT RAFFAELLY and
CHARLES SCHNEPP,

        Plaintiffs,                    No. CIV S-06-0165 FCD DAD PS

   vs.

SISKIYOU COUNTY BOARD OF
SUPERVISORS, et al.,

        Defendants.              ORDER
_____/

        Plaintiffs, proceeding pro se, filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On September 15, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within ten days.  Defendant filed objections to the findings and recommendations and plaintiffs have filed a reply.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

1       Accordingly, IT IS HEREBY ORDERED that:

2       1.  The findings and recommendations filed September 15, 2006, are adopted in full; and

4       2.  Defendant County of Siskiyou's motion for attorney's fees is denied.

5 DATED: October 4, 2006

7                                     /s/ Frank C. Damrell Jr.
                                     FRANK C. DAMRELL JR.
8                                      United States District Judge