IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT RAFFAELLY and
CHARLES SCHNEPP,

        Plaintiffs,                  No. CIV S-06-0165 FCD DAD PS

    vs.

SISKIYOU COUNTY BOARD OF
SUPERVISORS, et al.,

        Defendants.               ORDER
_____/

        Plaintiffs, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On November 29, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within ten days. Plaintiffs have filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 29, 2006, are adopted in full;

2. Defendant Borman's motion to dismiss is granted;

3. Plaintiffs' federal claims against defendant Borman are dismissed with prejudice for failure to state a claim upon which relief can be granted;

4. Plaintiffs' state law claims as to defendant Borman are dismissed without prejudice; and

5. The Clerk is directed to close this case.

DATED: January 5, 2007.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE